IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| CHARLES J. DEVLIN | ) | CV 04-160-M-DWM |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STATE OF MONTANA, FOURTH JUDICIAL DISTRICT, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On May 24, 2006, United States Magistrate Judge Leif B. Erickson entered Findings and Recommendation (Doc. 17) on this matter recommending that Petitioner's Writ of *Habeas Corpus* be dismissed.  Plaintiff did not timely object and has so waived the right to *de novo* review of the record.  28 U.S.C. § 636(b)(1). This Court will review the Findings and Recommendation for clear error.  *McDonnell Douglas Corp., v. Commodore Bus. Mach.*, Inc. 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake

-1-

has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

There is no "clear error" in Judge Erickson's reasoning for recommending the dismissal of Petitioner's 28 U.S.C. § 2254 petition.  Pursuant to Fed. R. Civ. P. 41(b), the trial court has the power to dismiss an action for failing to comply with a court order.  *Fendler v. Westgate-California Corp.*, 527 F.2d 1168, 1170 (9th Cir. 1975).  Since December 17, 2004, Petitioner has on numerous occasions been ordered to amend his original complaint and for over a year and a half has failed to do so.  Judge Erickson fairly weighs this failure in light of the five factors that need to be considered before imposing a sanction of dismissal of failure to comply with a court order.  *See Pagtalunan v. Galaza*, 291 F.3d 639 (9th Cir. 2002).  Having also failed to update his address, which resultantly led to a failure to file objections to the Findings and Recommendation itself, the proper course of action is to dismiss the petition.

Based on the foregoing reasons, this Court adopts Judge Erickson's Findings and Recommendation (Doc. 17) in full.

Accordingly, **IT IS HEREBY ORDERED:**

Petitioner's 28 U.S.C. § 2254 Petition for Writ of *Habeas Corpus* is **DISMISSED.**

DATED this 16th day of August, 2006.

_____
DONALD W. MOLLOY, Chief Judge
United States District Court